**Andre JUSTE, Plaintiff-Appellant,**

v.

**N. CRAWFORD; Correct Care Recovery Solutions; Laura Horley; Correct Care Regional Center; Security Officers' Staff; Columbia Regional Care Center; Dr. Crawford, Defendants-Appellees.**

No. 16-7401

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Andre Juste, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Juste appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Juste v. Crawford, No. 4:16-cv-02366-MGL (D.S.C. Sept. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED